UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHING-TING YAO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>MICHAEL MELENDEZ, *et al.*,<br><br>　　　　　Respondents. | CASE NO.  C05-822-MJP-MAT<br><br>ORDER |

　　　The parties having so stipulated (Dkt. #8), Respondents' Motion to Dismiss (Dkt. #7) is hereby re-noted for consideration July 22, 2005; any reply by Respondents is due no later than July 21, 2005.

　　　DATED this  11th   day of July, 2005.

　　　　　　　　　　　　　　　　　　　　　/s/ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
PAGE – 1